UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:16-cv-81785-DMM

JANET HOYT,

     Plaintiff,

vs.

AY! JALISCO III, INC.,
d/b/a AY! JALISCO III,

     Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT, and Defendant, AY! JALISCO III, INC. d/b/a AY! JALISCO III, by and through their respective undersigned counsels, hereby stipulate that this case be dismissed with prejudice, with each party to bear its/her own fees, costs, and disbursements. Plaintiff and Defendant respectfully request that this Court enter an Order of Dismissal with Prejudice.

Dated:  February 22, 2017.

| **WEISS LAW GROUP, P.A.** | **BRENNAN & KRETSCHMER** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 5531 N. University Drive | 1443 20th Street |
| Suite 103 | Suite A |
| Coral Springs, FL 33067 | Vero Beach, FL 32960 |
| Tel: (954) 573-2800 | Tel: (772) 778-3777 |
| Fax: (954) 573-2798 | Fax: (772) 778-3835 |
| BY:___/s/ Jason S. Weiss_____ | BY: /s/  H. Randal Brennan |
|     JASON S. WEISS |     HOWARD R. BRENNAN |
|     Jason@jswlawyer.com |     hrb@veroattorneys.com |
|     Florida Bar No. 356890 |     Florida Bar No. 398934 |